## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | |
| CUTHBERT G. DAVISON | Case No. 18-23821GLT |
| Debtor(s) | |
| RONDA J. WINNECOUR, Standing Chapter 13 Trustee, | Chapter 13 |
| Movant | |
| vs. | Document No __ |
| BANK OF NEW YORK MELLON - TRUSTEE | |
| Respondents | |

### NOTICE OF FUNDS ON RESERVE

The Movant, RONDA J. WINNECOUR, Standing Ch.13 Trustee, has received notice that an alleged change has occurred in the identity of the recipient of the MORTGAGE ARR. to be issued in this case and relating to Debtor's account number 0642.

Regular mortgage payments are currently being directed to the following creditor at the following address:

BANK OF NEW YORK MELLON - TRUSTEE
C/O CALIBER HOME LOANS INC
PO BOX 24330
OKLAHOMA CITY, OK 73124

Movant has been requested to send payments to:
SELECT PORTFOLIO SERVICING, INC.
CUSTOMER SERVICE DEPARTMENT
PO BOX 65250
SALT LAKE CITY, UT 84165-0250
0642

The Chapter 13 Trustee's CID Records of BANK OF NEW YORK MELLON - TRUSTEE have been placed on reserve in accordance with W.PA. LBR 3002-3(f). No further payment will be issued on this debt until a proof of assignment/notice of transfer of the bankruptcy claim, required by Fed.R.Bankr.P.3001(e), is filed with the Clerk of the Bankruptcy Court and served on the Trustee. [Refer to www.ecf.pawb.uscourts.gov under Forms and National Forms.] At some future point, the Trustee may seek leave to deposit the funds into Court.

The Undersigned certifies that the Parties required to be served with this "Notice of Funds on Reserve" pursuant to W.PA.LBR 3002-3(g) were served on 1/25/2019.

|  |  |
|---|---|
| cc:  Debtor<br>Original creditor<br>Putative creditor<br>Debtor's Counsel | /s/ Ronda J. Winnecour<br>RONDA J WINNECOUR PA ID #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |

DEBTOR(S):
CUTHBERT G. DAVISON, 6206 WELLESLEY AVE, PITTSBURGH, PA 15206

:
CALIBER HOME LOANS INC, 13801 WIRELESS WAY, OKLAHOMA CITY, OK  73134

ORIGINAL CREDITOR'S COUNSEL:
RAS CRANE LLC, 10700 ABOTT'S BRIDGE RD STE 170, DULUTH, GA 30097

NEW CREDITOR:
SELECT PORTFOLIO SERVICING, INC.
CUSTOMER SERVICE DEPARTMENT
PO BOX 65250
SALT LAKE CITY, UT 84165-0250

DEBTOR'S COUNSEL:
MARK G MOYNIHAN ESQ, MOYNIHAN LAW PC, 112 WASHINGTON PL STE 230, PITTSBURGH, PA  15219

ORIGINAL CREDITOR:
BANK OF NEW YORK MELLON - TRUSTEE, C/O CALIBER HOME LOANS INC, PO BOX 24330, OKLAHOMA CITY, OK  73124