**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Cuthbert G. Davison | CHAPTER 13 |
| | BKY. NO. 18-23821 GLT |
| <u>Debtor</u> | |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

  Kindly enter my appearance on behalf of Select Portfolio Servicing as servicer for The Bank of New York Mellon, successor to The Bank of New York, not in its individual capacity but solely as Trustee on behalf of the holders of the CIT Mortgage Loan Trust, 2007-1 Asset-Backed Certificates, Series 2007-1 and index same on the master mailing list.

        Respectfully submitted,

        **/s/James C. Warmbrodt, Esquire**
        James C. Warmbrodt, Esquire
        Attorney I.D. No. 42524
        KML Law Group, P.C.
        BNY Mellon Independence Center
        701 Market Street, Suite 5000
        Philadelphia, PA 19106
        412-430-3594
        jwarmbrodt@kmllawgroup.com