2100 B (12/15)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 18-23821-GLT
Chapter 13

In re: Debtor(s) (including Name and Address)

Cuthbert G. Davison
6206 Wellesley Ave
Pittsburgh PA 15206

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/16/2019.

Name and Address of Alleged Transferor(s):

Claim No. 2: The Bank of New York Mellon, as Trustee for CIT, c/o Caliber Home Loans, 13801 Wireless Way, Oklahoma City OK 73134

Name and Address of Transferee:

The Bank of New York Mellon, et al
C/O Select Portfolio Servicing, Inc.
Attn: Remittance Processing
P.O. Box 65450
Salt Lake City, UT 84165-0450

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    04/19/19

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                   Case No. 18-23821-GLT
Cuthbert G. Davison                                                      Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2         User: bsil              Page 1 of 1           Date Rcvd: Apr 17, 2019
                             Form ID: trc           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 19, 2019.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14961304       +E-mail/Text: ECMBKMail@Caliberhomeloans.com Apr 18 2019 02:46:42
                 The Bank of New York Mellon, as Trustee for CIT,    c/o Caliber Home Loans,
                 13801 Wireless Way,   Oklahoma City OK 73134-2500
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 16, 2019 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor    The Bank of New York Mellon, successor to The Bank of
               New York, not in its individual capacity but solely as Trustee on behalf of the holders of the
               CIT Mortgage Loan Trust, 2007-1 Asset-Backed Certif bkgroup@kmllawgroup.com
              Mark G. Moynihan    on behalf of Debtor Cuthbert G. Davison mark@moynihanlaw.net,
               moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Thomas   Song    on behalf of Creditor    THE BANK OF NEW YORK MELLON, et.al. pawb@fedphe.com
                                                                                              TOTAL: 5