# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

- **Debtor:** CUTHBERT G. DAVISON
- **Case Number:** 18-23821-GLT            **Chapter:** 13
- **Date / Time / Room:** THURSDAY, APRIL 18, 2019 01:00 PM  3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

### *Matter:*

#19 - Final Confirmation of Plan Dated 11/8/2018 (NFC)
R / M #: 19 / 0

### *Appearances:*

- **Debtor:** Moynihan
- **Trustee:** Winnecour / Pail / Katz / (DeSimone)
- **Creditor:** Wambrecht  BNY Mellon

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. ✓ An Amended Plan is to be served on all creditors and certificate of service filed by __5-31__.
   Objections are due on or before __6-21-19__.
   A hearing on the Amended Plan is set for __7-11-19__ at __11:00__.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

4/11/2019   2:53:11PM