IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| Cuthbert G. Davison | : | Bankruptcy No. 18-23821-GLT |
| Debtor | : | Chapter 13 |
| Cuthbert G. Davison | : | Document Nos. 41, 48 |
| Movant | : | Hearing Date & Time: 6/5/18 @ 9:30 am |
| | : | |
| v. | : | |
| The Bank of New York Mellon, et al. | : | |
| | | |
| Respondent(s) | : | |

**CERTIFICATION OF COUNSEL REGARDING**
**MOTION OF THE BANK OF NEW YORK MELLON, SUCCESSOR TO THE BANK OF NEW YORK, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE ON BEHALF OF THE HOLDERS OF THE CIT MORTGAGE LOAN TRUST, 2007-1 ASSET-BACKED CERTIFICATES, SERIES 2007-1, TO CONTINUE HEARING SCHEDULED FOR JUNE 5, 2019**

The undersigned hereby certifies that agreement has been reached with the respondent(s) regarding the Motion to Continue Hearing Scheduled for June 5, 2019.

The signature requirements of W.PA.LBR 5005-6 have been followed in obtaining the agreement of all parties and is reflected in the attached document.

The undersigned further certifies that:

☐ An agreed order and a redline version showing the changes made to the order originally filed with the court as an attachment to the motion is attached to this Certificate of Counsel. Deletions are signified by a line in the middle of the original text (strikeout) and additions are signified by text in italics. It is respectfully requested that the attached order be entered by the Court.

☐ No other order has been filed pertaining to the subject matter of this agreement.

X The attached document does not require a proposed order.

Dated: May 20, 2019        By: _/s/ James C. Warmbrodt_____
                               Signature
                               James C. Warmbrodt, Esquire
                               _____
                               Typed Name
                               KML Law Group, P.C.
                               BNY Independence Center
                               701 Market Street, Suite 5000
                               Philadelphia, PA 19106
                               _____
                               Address
                               412-430-3594
                               _____
                               Phone No.
                               PA I.D. No. 42524
                               _____
                               List Bar I.D. and State of Admission

**PAWB Local Form 26 (06/17)**