FILED
5/21/19 12:00 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>Cuthbert G. Davison<br>      Debtor<br><br>Cuthbert G. Davison<br>      Movant<br>  vs.<br><br>The Bank of New York Mellon, successor to The Bank of New York, not in its individual capacity but solely as Trustee on behalf of the holders of the CIT Mortgage Loan Trust, 2007-1 Asset-Backed Certificates, Series 2007-1<br><br>Ronda J. Winnecour, Trustee<br>      Respondents | CHAPTER 13<br><br>BK.NO. 18-23821-GLT<br><br><br><br>Related to Dkt. No. 41 and 49<br>Hearing: July 3, 2019 at 9:30 a.m. |

## MODIFIED ORDER

  Upon consideration of the Motion to Continue Hearing Scheduled for June 5, 2019 [Dkt. No. 49] ("Motion") The Bank of New York Mellon, successor to The Bank of New York, not in its individual capacity but solely as Trustee on behalf of the holders of the CIT Mortgage Loan Trust, 2007-1 Asset-Backed Certificates, Series 2007-1, It is **Ordered** and **Decreed** that the Motion is **granted**. The hearing on the Debtor's Objection to Proof of Claim [Dkt. No. 41] scheduled for June 5, 2019 is rescheduled to July 3, 2019 at 9:30 a.m. in Courtroom A, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

Consented to by:

*/s/ Mark G. Moynihan, Esquire*
Mark G. Moynihan, Esquire
Moynihan Law, P.C.
2 Chatham Center, Suite 230
Pittsburgh, PA 15219
Counsel for the Debtor

Dated: May 21, 2019  cgt

Case Administrator to serve:
Debtor
Counsel for Debtor
Ronda J. Winnecour, Esq.
James Warmbrodt, Esq.
Office of the U.S. Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Cuthbert G. Davison  
      Debtor

Case No. 18-23821-GLT  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: bsil     Page 1 of 1     Date Rcvd: May 21, 2019  
                 Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 23, 2019.  
db         +Cuthbert G. Davison,    6206 Wellesley Ave,    Pittsburgh, PA 15206-1725

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                            TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 21, 2019 at the address(es) listed below:

        James Warmbrodt    on behalf of Creditor    The Bank of New York Mellon, successor to The Bank of New York, not in its individual capacity but solely as Trustee on behalf of the holders of the CIT Mortgage Loan Trust, 2007-1 Asset-Backed Certif bkgroup@kmllawgroup.com  
        James Warmbrodt    on behalf of Creditor    THE BANK OF NEW YORK MELLON, et.al. bkgroup@kmllawgroup.com  
        Mark G. Moynihan    on behalf of Debtor Cuthbert G. Davison mark@moynihanlaw.net, moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com  
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
        Thomas Song    on behalf of Creditor    THE BANK OF NEW YORK MELLON, et.al. pawb@fedphe.com  
                                                                                                   TOTAL: 6