## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:  :  Case No.: 18-23821-GLT
                        :  Chapter: 13

Cuthbert G. Davison  :
                        :
                        :  Date: 7/3/2019
          Debtor(s).  :  Time: 09:30

**FILED**
JUL 03 2019
CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

### PROCEEDING MEMO

*MATTER:*  #41 - Objection to Claim #2 by The Bank of New York Mellon
                  #48 - Response by the Bank of NY Mellon

*APPEARANCES:*
    Debtor:  Mark G. Moynihan
    Trustee:  Ronda J. Winnecour
    BNYM:  James Warmbrodt

*NOTES:*

Moynihan: Mr. Warmbrodt and I would like 120 days to resolve this matter. There has been some informal discovery conducted and we are analyzing whether this is worthwhile to pursue. There is a conciliation scheduled for July 11 that we would also ask to be continued.

Warmbrodt: That is correct. The dollar amounts in the loan history do not match up dollar for dollar. We are going to provide Mr. Moynihan with some codes that will help him determine what he would like to do.

*OUTCOME:*

1. The Objection to Claim [Dkt. No. 41] is continued to November 6, 2019 at 9:00 a.m. (Text order to issue).

2. Debtor shall file a status report on or before November 1, 2019 (Text order to issue).

3. The conciliation conference set for July 11, 2019 is continued November 7, 2019 at 9:30 a.m. (CT to prepare).

4. A Scheduling Order setting discovery deadlines shall issue (Chambers to Prepare).

**DATED:** 7/3/2019