IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No. 18-23821-GLT |
| | : | Chapter 13 |
| CUTHBERT G. DAVISON, | : | |
| *Debtor.* | : | |
| | : | |
| CUTHBERT G. DAVISON, | : | Related to Dkt. No.   41, 55 |
| *Movant,* | : | |
| | : | Related to Claim No. 2 |
| v. | : | |
| THE BANK OF NEW YORK MELLON, | : | |
| *Respondent.* | : | |

**DEBTOR'S STATUS REPORT ON OBJECTION TO CLAIM 2**

AND NOW, comes the Debtor, Cuthbert G. Davison, by and through his undersigned counsel, and files the within Status Report on Objection to Claim 2, and in support thereof avers as follows:

1. Movant is the Debtor in this Chapter 13 Bankruptcy.

2. Movant filed an Objection to Claim 2 on April 19, 2019 at Document 41 (the "Objection").

3. Respondent, the Bank of New York Mellon ("BNY"), filed a response to the Objection on May 6, 2019 at Document 48.

4. On July 3, 2019 a hearing was held on the Objection and the hearing was continued, and an Order was issued by this Honorable Court at Document 55 requiring the Movant to file a status report on the Objection on or before November 1, 2019.

5. BNY provided responses to Movant's discovery requests.

6. Movant is reviewing the information provided by BNY.

7. BNY and Movant jointly filed a motion to extend the deadlines set by this Honorable Court and continue the hearing that was sent for November 6, 2019.

8. This Honorable Court graciously granted the parties' request and extended the deadlines until January 30, 2020 and rescheduled the final pretrial conference for March 11, 2020.

Respectfully submitted,

Dated: <u>November 1, 2019</u>   By:   <u>/s/ Mark G. Moynihan</u>
Mark G. Moynihan, Esquire
Attorney for Debtor
PA 307622
2 Chatham Center, Suite 230
Pittsburgh, PA 15219
Phone: (412) 889-8535
Fax: (800) 997-8192
Email: mark@moynihanlaw.net