FILED
10/31/19 3:12 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>CUTHBERT G. DAVISON,<br><br>    *Debtor.* | Case No. 18-23821-GLT<br>Chapter 13 |
| CUTHBERT G. DAVISON,<br><br>    *Movant,*<br><br>v.<br><br>THE BANK OF NEW YORK MELLON,<br><br>    *Respondent.* | Related to Dkt. Nos. 41 and 59<br>Final Pretrial:  March 11, 2019 at 10:30 a.m. |

**ORDER GRANTING PARTIES' EXTENSION/CONTINUANCE REQUEST AND
(A) SETTING FIRST EXTENDED DISCOVERY DEADLINES AND
(B) ESTABLISHING FIRST EVIDENTIARY HEARING/TRIAL DATE**

Upon consideration of the Motion filed on October 30, 2019 by Cuthbert G. Davison and The Bank of New York Mellon, successor to The Bank of New York, not in its individual capacity but solely as Trustee on behalf of the holds of the CIT Mortgage Loan Trust, 2007-1 Asset-Backed Certificates, Series 2007-1, it is **ORDERED, ADJUDGED,** and **DECREED** that:

1. The parties' Motion is GRANTED.

2. The parties' obligations under Paragraph 3 of this Court's Order dated July 5, 2019 (Doc. 57) is hereby EXTENDED from October 30, 2019 to **January 30, 2020**.

3. A final pretrial conference for this contested matter will occur on **March 11, 2020** at **10:30 a.m.** in Courtroom A, 54th FL, U.S. Steel Tower, 600 Grant St., Pittsburgh, Pa. 15219 for the purposes set forth in Paragraph 4 of this Court's Order dated July 5, 2019 (Doc. 57).

Dated:  October 31, 2019

_____
GREGORY   TADDONIO    cgt
UNITED STATES BANKRUPTCY JUDGE

Case Administrator to serve:
  Debtor
  Mark Moynihan, Esq.
  James Warmbrodt, Esq.
  Ronda J. Winnecour, Esq.
  Office of the U.S. Trustee

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
```

In re:                                                          Case No. 18-23821-GLT
Cuthbert G. Davison                                             Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: bsil              Page 1 of 1              Date Rcvd: Oct 31, 2019
                              Form ID: pdf900         Total Noticed: 1

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 02, 2019.
db             +Cuthbert G. Davison,    6206 Wellesley Ave,    Pittsburgh, PA 15206-1725

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 31, 2019 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    The Bank of New York Mellon, successor to The Bank of
               New York, not in its individual capacity but solely as Trustee on behalf of the holders of the
               CIT Mortgage Loan Trust, 2007-1 Asset-Backed Certif bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    THE BANK OF NEW YORK MELLON, et.al.
               bkgroup@kmllawgroup.com
              Mark G. Moynihan    on behalf of Debtor Cuthbert G. Davison mark@moynihanlaw.net,
               moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Thomas Song    on behalf of Creditor    THE BANK OF NEW YORK MELLON, et.al. pawb@fedphe.com
                                                                                              TOTAL: 6
```