FILED
1/31/20 9:51 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No. 18-23821-GLT |
| CUTHBERT G. DAVISON, | : | Chapter 13 |
| *Debtor.* | : | |
| CUTHBERT G. DAVISON, | : | Related to Dkt. Nos: 41 and 60 |
| *Movant,* | : | |
| v. | : | Related to Claim No. 2 |
| THE BANK OF NEW YORK MELLON, | : | |
| *Respondent.* | : | |

**WITHDRAWAL OF**
**DEBTOR'S OBJECTION TO PROOF OF CLAIM**

The Debtor's objection to the Proof of Claim of The Bank of New York Mellon in the above referenced case on April 19, 2019 (document # 41) is hereby WITHDRAWN, with the consent of the respondent, The Bank of New York Mellon. Accordingly, the final pretrial conference scheduled for **March 11, 2020 at 10:30 a.m. is CANCELLED.**

Respectfully submitted,

Dated: January 29, 2020        By:    /s/ Mark G. Moynihan
Mark G. Moynihan, Esquire
Attorney for Debtor
PA 307622
2 Chatham Center, Suite 230
Pittsburgh, PA 15219
Phone: (412) 889-8535
Fax: (800) 997-8192
Email: mark@moynihanlaw.net

SO ORDERED
January 31, 2020

_____
GREGORY J. TADDONIO    jah
UNITED STATES BANKRUPTCY JUDGE

Case Administrator to serve:
Mark G. Moynihan, Esq.

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Cuthbert G. Davison  
       Debtor

Case No. 18-23821-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: bsil      Page 1 of 1      Date Rcvd: Jan 31, 2020  
                       Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 02, 2020.  
db          +Cuthbert G. Davison,   6206 Wellesley Ave,   Pittsburgh, PA 15206-1725

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                            TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2020                                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 31, 2020 at the address(es) listed below:

          James Warmbrodt   on behalf of Creditor   The Bank of New York Mellon, successor to The Bank of New York, not in its individual capacity but solely as Trustee on behalf of the holders of the CIT Mortgage Loan Trust, 2007-1 Asset-Backed Certif bkgroup@kmllawgroup.com  
          James Warmbrodt   on behalf of Creditor   THE BANK OF NEW YORK MELLON, et.al. bkgroup@kmllawgroup.com  
          Mark G. Moynihan   on behalf of Debtor Cuthbert G. Davison mark@moynihanlaw.net, moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com  
          Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov  
          Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com  
          Thomas Song   on behalf of Creditor   THE BANK OF NEW YORK MELLON, et.al. pawb@fedphe.com  
                                                                                                                                                                                            TOTAL: 6