# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
### CONCILIATION CONFERENCE MINUTES

FILED
7/7/20 1:07 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## Conciliation Conference:

- **Debtor:** CUTHBERT G. DAVISON
- **Case Number:** 18-23821-GLT   **Chapter:** 13
- **Date / Time / Room:** THURSDAY, JULY 02, 2020  10:00 AM   3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

## Matter:

#53 - Final Confirmation of Plan Dated 5/31/2019 (NFC)
R / M #: 53 / 0

## Appearances:

- **Debtor:** Moynihan
- **Trustee:** Winnecour / Pail / Katz / *DeSimone*
- **Creditor:**

## Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. ✓ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to **12-17-20** at **9:30**.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
    Objections are due on or before _____.
    A hearing on the Amended Plan is set for _____ at _____.
9. ✓ Contested Hearing: _____ at _____.
10. ✓ Other:

continue for LMP

6/25/2020   3:59:51PM