IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>CUTHBERT G. DAVISON<br>    Debtor(s) | Bankruptcy No. 18-23821-GLT<br><br>Chapter 13 |
| CUTHBERT G. DAVISON<br>    Movant(s)<br><br>vs.<br><br>THE BANK OF NEW YORK MELLON,<br>AS TRUSTEE FOR CIT MORTGAGE<br>LOAN TRUST 2007-1, and<br>RONDA J. WINNECOUR, TRUSTEE<br>    Respondent(s) | Related to Document No. 72, 74<br><br>Hearing Date: July 29, 2020 at 10:00AM |

**CERTIFICATION OF NO OBJECTION REGARDING
DEBTOR'S MOTION TO ALLOW LATE ENTRY
INTO THE LOSS MITIGATION PROGRAM (Doc. 72)**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on **July 2, 2020** has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the **Motion** appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than **July 19, 2020.**

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: July 21, 2020  /s/ Mark G. Moynihan
Mark G. Moynihan, Esquire
Attorney for Debtor(s)
PA 307622
2 Chatham Center, Suite 230
Pittsburgh, PA 15219
Phone: (412) 889-8535
Fax: (800) 997-8192
Email: mark@moynihanlaw.net