IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>CUTHBERT G. DAVISON<br>    Debtor(s) | Bankruptcy No. 18-23821-GLT<br><br>Chapter 13 |
| CUTHBERT G. DAVISON<br>    Movant(s)<br><br>vs.<br><br>THE BANK OF NEW YORK MELLON,<br>AS TRUSTEE FOR CIT MORTGAGE<br>LOAN TRUST 2007-1, and<br>RONDA J. WINNECOUR, TRUSTEE<br>    Respondent(s) | Related to Document No. 77 |

**CERTIFICATE OF SERVICE OF
LOSS MITIGATION ORDER**

I certify under penalty of perjury that I served the above captioned pleadings on the parties at the addresses specified below or on the attached list on (date) **July 22, 2020.**

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: **first-class mail, electronic notification**.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

| | |
|---|---|
| Dated: July 22, 2020 | /s/ Mark G. Moynihan<br>Mark G. Moynihan, Esquire<br>Attorney for Debtor(s)<br>PA 307622<br>2 Chatham Center, Suite 230<br>Pittsburgh, PA 15219<br>Phone:  (412) 889-8535<br>Fax:  (800) 997-8192<br>Email: mark@moynihanlaw.net |

**Service by NEF**

Mark G. Moynihan on behalf of Debtor Cuthbert G. Davison
mark@moynihanlaw.net, moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Thomas Song on behalf of Creditor THE BANK OF NEW YORK MELLON, et.al.
pawb@fedphe.com

James Warmbrodt on behalf of Creditor THE BANK OF NEW YORK MELLON, et.al.
bkgroup@kmllawgroup.com

James Warmbrodt on behalf of Creditor The Bank of New York Mellon, successor to The Bank of New York, not in its individual capacity but solely as Trustee on behalf of the holders of the CIT Mortgage Loan Trust, 2007-1 Asset-Backed Certif
bkgroup@kmllawgroup.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com


**Service by First-Class Mail**

Select Portfolio Servicing, Inc.
P.O. Box 65250
Salt Lake City, UT 84165-0250


James C. Warmbrodt, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106