# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: Cuthbert Davison | Bankruptcy No.18-23821 |
| Debtor | Chapter 13 |
| Movant | Related to Document No. 77 |
| v. | |
| Select Portfolio Servicing | Hearing Date and Time: |
| Respondent | |

## LOSS MITIGATION STATUS REPORT

This **Loss Mitigation Status Report** and the attached printout of the *Account History Page* from the Portal are submitted pursuant to *W.PA.LBR 9020-4(e)*.

Part 1: Loss Mitigation Status

A. The Loss Mitigation process was commenced by a Loss Mitigation Order dated 07-22-2020 (the "LMO"), entered at document number 77, in the above-captioned case.
B. The Debtor **is** current with all adequate protection payments pursuant to the LMO.
C. The Creditor **has** registered and posted its entire Core LMP Package on the Portal pursuant to the LMO.
D. The Debtor **has** uploaded a completed Core LMP Package through the Portal pursuant to the LMO.
E. The Creditor **has** acknowledged receipt of the Debtor's submission of the completed Core LMP Package pursuant to the LMO.
F. The Creditor **has** designated Erica Haro as the single point of contact pursuant to the LMO.

Part 2: Loss Mitigation Period

A. The Loss Mitigation Period is scheduled to terminate on 11-19-2020 pursuant to the LMO.

\_\_9/21/2020_____/s/ Mark G. Moynihan_____
*Date*                                                                                                                  *Signed*

Cuthbert Davison
*On Behalf of (Name of Debtor)*

Mark Moynihan
*Name of Filer*

2 Chatham Center, Suite 230 Pittsburgh, PA 15219
*Address of Filer*

mark@moynihanlaw.net
*Email Address of Filer*

(412) 889-8535
*Phone Number of Filer*

Pennsylvania - 307622

*Bar I.D. and State of Admission*